# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.                               No. 06-cr-30117-DRH

**MONTEZ LAMAR FULLER,**

    **Defendant.**

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

On January 18, 2008, this Court entered an order for forfeiture against defendant Montez Lamar Fuller for the following property which had been seized from the defendant:

**One 1995 GMC Yukon, VIN: 1GKEK13KXSJ729675, and all attachments, and accessories thereto.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The Court notes that notice was published by the government in the Edwardsville Intelligencer newspaper on May 8, 2008, May 14, 2008 and May 21, 2008, and that no third party filed a petition within 30 days after the last date of said publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on

January 18, 2008, namely:

> **One 1995 GMC Yukon, VIN: 1GKEK13KXSJ729675, and all attachments,
> and accessories thereto.**

The United States informs the Court that the property is currently not within the jurisdiction of the United States. Should the property later on be returned to the jurisdiction of the United States, the United States Marshal shall seize it and dispose of it pursuant to law. In the alternative, the United States may abandon the forfeiture if it concludes that there is not enough value to the vehicle to justify the costs of seizure and sale.

**IT IS SO ORDERED**.

Signed this 27th day of March, 2012.

David R. Herndon
2012.03.27
20:54:12 -05'00'

**Chief Judge
United States District Court**